# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**283**
**CA 11-02395**
PRESENT: SCUDDER, P.J., PERADOTTO, CARNI, LINDLEY, AND WHALEN, JJ.

---

IN THE MATTER OF KHA'SUN CREATOR ALLAH,
PETITIONER-APPELLANT,

                    V                                        ORDER

ALBERT PRACK, DIRECTOR, S.H.U./INMATE
DISCIPLINARY PROGRAMS, NEW YORK STATE
DEPARTMENT OF CORRECTIONAL SERVICES,
RESPONDENT-RESPONDENT.

---

KHA'SUN CREATOR ALLAH, PETITIONER-APPELLANT PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (MARCUS J. MASTRACCO OF COUNSEL), FOR RESPONDENT-RESPONDENT.

-----------------------------------------------------------------------------------------------------------

    Appeal from an order of the Supreme Court, Erie County (M. William Boller, A.J.), dated September 19, 2011.  The order denied the request of petitioner for expungement and directed that a new disciplinary hearing be conducted.

    It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  April 26, 2013                          Frances E. Cafarell
                                                  Clerk of the Court